RALPH PAGAN et al. v. LITTLE CAB CORP.— Motion to dismiss appeal on the ground that the order is not appealable is denied without prejudice to a renewal at the time of argument. Under the prayer for alternative relief, the appeal is dismissed for failure to prosecute unless defendant procures the record on appeal and appellant's points to be served and filed on or before January 9, 1962, with notice of argument for the February 1962 Term of this court, said appeal to be argued or submitted when reached. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

MIDEAST SECURITIES CORP. v. RKO GENERAL, INC.— Motion for stay denied in all respects. Concur — Botein, P. J., Breitel, Valente, Stevens and Eager, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. ENRIQUE WALKER.— Motion for leave to appeal as a poor person granted to the extent and on the terms and conditions contained in the order of this court filed herein. The

order of this court, entered on November 16, 1961, is vacated. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.